UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST<br>712 H Street, N.E.<br>Suite 1682<br>Washington, D.C. 20002,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT<br>1300 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br><br>   Defendant. | Civil Case No. 1:25-cv-781 |

## COMPLAINT

1. Plaintiff Protect the Public's Trust ("PPT") brings this action against the U.S. Agency for International Development ("USAID") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel USAID's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff PPT is a nonprofit corporation dedicated to restoring public trust in government by promoting the fair and equal application of the rules and standards of ethical

1

conduct to all public servants. PPT seeks to promote transparency and broadly disseminate information so that the American people can evaluate the integrity and ethical conduct of those who act in their name.

5. Defendant USAID is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). USAID has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On December 6, 2024, PPT submitted a FOIA request to USAID requesting records related to COP29 travel expenses and ethics guidance (herein referred to as "the Request" and attached as Exhibit A).

7. The Request (Exhibit A) requested:

   a. Records of travel expenses, reimbursements, and/or travel vouchers for the United States Agency for International Development (USAID) attendees of the 2024 United Nations Climate Change Conference (COP29).

   b. Records of ethics guidance provided to the United States Agency for International Development (USAID) attendees of the 2024 United Nations Climate Change Conference (COP29).

8. The Request seeks documents in the public interest because it will help the public's understanding of the COP29 attendees to determine USAID's compliance with its own mission and responsibilities.

9. On December 6, 2024, USAID acknowledged receipt of the Request (Exhibit A) and assigned it Case Number F-00142-25 (attached as Exhibit B).

10. On December 9, 2024, USAID notified PPT that the Request was "Assigned for Processing" (attached as Exhibit C).

11. On December 11, 2024, USAID notified PPT that the Request was "In Process" (attached as Exhibit D).

12. On January 7, 2025, USAID requested clarification from PPT regarding the Request (attached as Exhibit E).

13. On January 9, 2025, PPT provided its response to USAID's request for clarification (attached as Exhibit F).

14. As of the date of filing, PPT has not received any further communication regarding the records from the Request.

15. USAID has still not made any determinations with regard to PPT's FOIA Request despite over 97 days having elapsed. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). USAID has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determinations.

16. USAID has thus violated its FOIA obligations.

17. Because USAID has failed to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

24. PPT repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

25. PPT's USAID request discussed above was a properly submitted request for records within the possession, custody, and control of USAID.

26. USAID is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

27. USAID is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

28. USAID's failure to provide all non-exempt responsive records violates FOIA.

29. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring USAID to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff PPT respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until USAID complies with the requirements of FOIA and any and all orders of this Court.

B) Order USAID to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to PPT's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

C) Award PPT the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant PPT other such relief as the Court deems just and proper.

Dated: March 17, 2025						Respectfully submitted,

							PROTECT THE PUBLIC'S TRUST

							By Counsel:
							/s/ Karin M. Sweigart

							Karin Moore Sweigart
							D.D.C. Bar ID: CA00145
							DHILLON LAW GROUP, INC.
							177 Post Street, Suite 700
							San Francisco, CA 94108
							Telephone: 415-433-1700
							KSweigart@Dhillonlaw.com

							Jacob William Roth
							D.D.C. Bar ID: 1673038
							DHILLON LAW GROUP, INC.
							1601 Forum Plaza, Suite 403
							West Palm Beach, Florida 33401
							Telephone: 561-227-4959
							JRoth@Dhillonlaw.com

							*Counsel for the Plaintiff*