# EXHIBIT C

# Status Update for Request #F-00142-25

| | |
|---|---|
| From | foia@usaid.gov <foia@usaid.gov> |
| To | foia@protectpublicstrust.org |
| Date | Monday, December 9th, 2024 at 9:33 AM |

Dear Morgan Yardis,

The status of your FOIA request #F-00142-25 has been updated to the following status 'Assigned for Processing'. To log into the USAID FOIA Department click on the Application URL below.

https://foiarequest.usaid.gov/

Sincerely,
USAID