# EXHIBIT E

# Clarification for line item 2 for FOIA Request F-00142-25

From    rehudson@usaid.gov <rehudson@usaid.gov>

To    foia@protectpublicstrust.org

CC    rehudson@usaid.gov

Date    Tuesday, January 7th, 2025 at 12:09 PM

Good Afternoon:
We are seeking clarification regarding ethic guidance for item 2 of your request for FOIA Request F-00142-25.

" 2.  Records of ethics guidance provided to the United States Agency for International Development (USAID) attendees of the 2024 United Nations Climate Change Conference (COP29)."

The United States Agency for International Development (USAID) requires annual mandatory ethic training for all USAID personnel.

This inquiry is requesting your confirmation that you are seeking special ethic guidance strictly for the attendees of COP29.

Please provide your clarification that you are seeking ethics guidance provided to the United States Agency for International
Development (USAID) strictly for the attendees of the 2024 United Nations Climate Change Conference (COP29).

If you have questions and/or need additional information, you may contact Reginald Hudson, the assigned FOIA Specialist by phone on (202) 374-5865 or at rehudson@usaid.gov.
Regards,
Reginald Hudson